NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EARL JAMES DOWNS, DOC#H26167,       )
                                    )
            Appellant,              )
                                    )
v.                                  )       Case No. 2D18-97
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Earl James Downs, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and BADALAMENTI, JJ., Concur.